UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:19-CR-6 RLM |
| ) | |
| DEDRIC STRICKLAND (03) ) | |

O R D E R

No objections have been filed to the Magistrate Judge's findings and recommendations upon a plea of guilty issued on April 18, 2019. [Doc. No. 62]. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Dedric Strickland plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 18 U.S.C. § 824(c)(1)(A).

SO ORDERED.

ENTERED: July 22, 2019

　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Judge, United States District Court